HMK/jb FS 7908

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
MAN FERROSTAAL, INC.,

              Plaintiff,                    07 CIV 5836(LAP)(THK)

   -against-

M/V KANG SHUN, her engines, boilers,         **RULE 7.1 STATEMENT**
tackle, etc., JESWICK SHIPPING LTD.,
COSCO (HK) SHIPPING CO., LTD.,
SM CHINA CO., LTD.,

              Defendants.
--------------------------------------------------X

     PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated:   June 20, 2007

                                      KINGSLEY, KINGSLEY & CALKINS
                                      Attorneys for Plaintiff

                                      BY:___/S/_____
                                        HAROLD M. KINGSLEY
                                        91 W. Cherry Street
                                        Hicksville, New York 11801
                                        (516) 931-0064