UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL, INC.,

                Plaintiff,

-V-

M/V KANG SHUN, her engines, boilers, tackle, etc.,
JESWICK SHIPPING LTD., COSCO (HK) SHIPPING CO.,
LTD., SM CHINA CO., LTD.,

                Defendants.

**CERTIFICATE OF MAILING**

07 CV 5836 (LAP)

U.S. DISTRICT COURT FILED JUN 27 2007 S.D. OF N.Y.

---

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**27th day of June, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**20th day of June, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 894 536**

                                                                           CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

June 21, 2007

Clerk of the Court
United States District Court

[Registered Mail Receipt superimposed on letter body]

Registered No. RB632894536US
Reg. Fee $10.15
Handling Charge $0.00
Postage $1.80
Return Receipt $2.15
Restricted Delivery $0.00
Date Stamp: 0004 / 05 / 06/27/07
Customer Must Declare Full Value $0.00
Without Postal Insurance

FROM:
KINGSLEY KINGSLEY & CALKINS
10013 WEST CHERRY STREET
HICKSVILLE, NY 11801
Our Ref.: MS 7908

TO:
JESWICK SHIPPING LTD.
C/O COSCO (HK) SHIPPING CO. LTD.
50th & 51st Floors, Cosco Tower
183 Queen's Road Central
Hong Kong, China

PS Form 3806, June 2002  Receipt for Registered Mail  Copy 1 - Customer
(See Information on Reverse)
For delivery information, visit our website at www.usps.com ®

[Visible fragments of letter body to right of receipt:]
. M/V KANG SHUN et al.

...mplaint on the following
Rules of Civil Procedure

CO. LTD.
TOWER,

Very truly yours,

[signature]

HMK/jb
Encl.
W:\wpdata\KANG SHUNG-FS-7908\Clerk Serve Jeswick- 6-21-07.wpd