UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAN FERROSTAAL, INC.,

        Plaintiff,

        -V-

M/V KANG SHUN, her engines, boilers, tackle, etc.,
JESWICK SHIPPING LTD., COSCO (HK) SHIPPING CO.,
LTD., SM CHINA CO., LTD.,

        Defendants.

**CERTIFICATE OF MAILING**

07 CV 5836 (LAP)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 27th day of June, 2007

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 20th day of June, 2007

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 894 522**

                      CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

June 21, 2007

Clerk of the Court
United States District Court
Southern District of New York

— v. M/V KANG SHUN *et al.*

Complaint on the following
...l Rules of Civil Procedure

...O., LTD.
...O TOWER
...al

Very truly yours,

HMK/mhb
Encl.

**Registered No.** RB632894522US

| | | |
|---|---|---|
| Reg. Fee $ | $10.1 | |
| Handling Charge $ | $0.00 | Return Receipt $ $2.15 |
| Postage $ | $1.80 | Restricted Delivery $ $0.00 |
| Received by | | |

Date Stamp

0004
05
06/27/07
Domestic Insurance up to
$25,000 is included in the fee.
International Indemnity
is limited.
*(See Reverse).*

Customer Must Declare
Full Value $  $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

To Be Completed By Post Office

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

FROM
KINGSLEY KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
Our Ref.: MS 7908

TO
COSCO (HK) SHIPPING CO.LTD.
50th & 51st Floors,Cosco Tower
183 Queen's Road Central
Hong Kong China

PS Form **3806,** June 2002    **Receipt for Registered Mail**    *Copy 1 - Customer (See Information on Reverse)*

For delivery information, visit our website at *www.usps.com* ®