UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| MAN FERROSTAAL, INC., <br><br> Plaintiff, <br><br> -V- <br><br> M/V KANG SHUN, her engines, boilers, tackle, etc., JESWICK SHIPPING LTD., COSCO (HK) SHIPPING CO., LTD., SM CHINA CO., LTD., <br> Defendants. | **CERTIFICATE OF MAILING** <br><br><br> 07 CV 5836 (LAP) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**27th day of June, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**20th day of June, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 894 519**

                                                                                                  CLERK

Dated: New York, NY

## Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

June 21, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

v. M/V KANG SHUN *et al.*

:omplaint on the following
l Rules of Civil Procedure

'er No. 300

Very truly yours,

| Registered No. RB632894519US | | Date Stamp |
|---|---|---|
| Reg. Fee $ $10.15 | | 0004 |
| Handling Charge $ $0.00 | Return Receipt $2.15 | 05 |
| Postage $ $1.80 | Restricted Delivery $0.00 | 06/27/07 |
| Received by | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ $0.00 | With Postal Insurance / Without Postal Insurance | |

FROM: KINGSLEY KINGSLEY & CALKINS
91 WEST CHERRY STREET
10013
HICKSVILLE, NY 11801

TO: Our Ref.: MS-7908
SM CHINA CO., LTD.
Hongkong New World Tower No. 300
Huahai Zhong Road
Shanghai 20021 China

PS Form 3806, June 2002   Receipt for Registered Mail   Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at *www.usps.com* ®

Encl.