UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MAN FERROSTAAL, INC.,

       Plaintiff,

       V.

M/V KANG SHUN, her engines, boilers, tackle, etc.,
JESWICK SHIPPING LTD., COSCO (HK) SHIPPING CO.,
LTD., SM CHINA CO., LTD.,

       Defendants.

---

**CERTIFICATE OF MAILING**



07 CV 5836 (LAP)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**17ᵗʰDay of August, 2007**

I served the

SUMMONS & VERIFIED COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**20ᵀᴴ Day of June, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 596 311 408

*J. Michael McMahon*

          CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*

ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

———

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

August 10, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

M/V KANG SHUN, *et al.*



mplaint on the following
Rules of Civil Procedure

Very truly yours,

Enc.