```
                                            ┌─────────────────────────────┐
UNITED STATES DISTRICT COURT                │ USDC SDNY                   │
SOUTHERN DISTRICT OF NEW YORK               │ DOCUMENT                    │
                                            │ ELECTRONICALLY FILED        │
                                            │ DOC #: _____       │
                                            │ DATE FILED: 3/19/08         │
                                            └─────────────────────────────┘
```

---------------------------------------X

Man Ferrostaal, Inc.

                07 CV 5836 (LAP)

                ORDER

v.

M/V Kang Shun, et al.

---------------------------------------X

LORETTA A. PRESKA, United States District Judge:

Counsel shall confer and inform the Court by letter no later than April 2, 2008 of the status of this action.

SO ORDERED:

Dated: March 19, 2008

                                                  _Loretta A. Preska_
                                                  LORETTA A. PRESKA, U.S.D.J.

orderstatus