HMK/jb FS 7908

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MAN FERROSTAAL, INC.,

            Plaintiff,

  -against-

M/V KANG SHUN, her engines, boilers,
tackle, etc., JESWICK SHIPPING LTD.,
COSCO (HK) SHIPPING CO., LTD.,
SM CHINA CO., LTD.,

            Defendants.
------------------------------------------------------------X

07 CIV 5836 (LAP)(THK)
ECF CASE

**VOLUNTARY DISMISSAL**

No answer having been filed in this action, it is hereby dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: March 24, 2008

            KINGSLEY, KINGSLEY & CALKINS
            Attorneys for Plaintiff

The Clerk of the Court shall
mark this action closed and all
pending motions denied as moot.

BY: _____
HAROLD M. KINGSLEY
91 W. Cherry Street
Hicksville, New York 11801
(516) 931-0064

SO ORDERED:
*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

March 28, 2008